IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| H.M.T., | ) | |
| by and through her parents | ) | |
| and next friends, | ) | |
| Ce.T. and Ma.T, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 03-22 0402 |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN NASHVILLE | ) | |
| PUBLIC SCHOOLS | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO SUBSTITUTE DEFENDANT

Plaintiffs H.M.T., Ce.T., and Ma.T. and Defendant Metropolitan Nashville Public Schools ("MNPS"), by and through undersigned counsel, hereby move this Court to allow a substitution of the Defendant. The new defendant should be the Metropolitan Government of Nashville and Davidson County. In support thereof, the parties show that MNPS is not an entity capable of being sued. *See, e.g.*, *Bilyeu v. Metro. Gov't of Nashville,* 2010 WL 1408614, at *3 (M.D. Tenn. 2010) ("MNPS is not an entity capable of being sued regardless of the nature of the underlying claims alleged by the Plaintiff."); *Haines v. Metro. Gov't of Davidson Cnty.,* 32 F.Supp.2d 991, 994 (M.D. Tenn. 1998) ("[T]he Court finds that the Metropolitan Board of Public Education is not capable of being sued separately and distinctly from the Metropolitan Government.").

Thereby, the parties respectfully request that this Motion be granted.

Submitted for Entry:

**MCKELLAR LAW GROUP, PLLC**

/s/ Andrea Taylor McKellar
Andrea Taylor McKellar, BPR #019618
117 28th Avenue North
Nashville, TN 37203
Telephone: 615.866.9699
Facsimile: 615.866.1278
andie@mckellarlawgroup.com


/s/ John Whitaker
John Whitaker, BPR #39207
Hannah E. McCann, BPR #36119
Assistant Metropolitan Attorneys
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219
Telephone: 615.862.6341
Facsimile: 615.862.6352
john.whitaker@nashville.gov
hannah.mccann@nashville.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and accurate copy of the foregoing was served upon the following counsel of record by electronic mail this 15th day of June 2022:

John Whitaker, BPR #39207
Hannah E. McCann, BPR #36119
Assistant Metropolitan Attorneys
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219
Telephone: 615.862.6341
Facsimile: 615.862.6352
john.whitaker@nashville.gov
hannah.mccann@nashville.gov

                /s/ Andrea Taylor McKellar
                Andrea Taylor McKellar